# In the United States Court of Federal Claims

No. 05-124 C

(Filed April 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *

WILLIAM E. ATKINSON, et al., *

*Plaintiffs*, *

v. *

THE UNITED STATES, *

*Defendant*. *

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 2, 2005, this court set a preliminary schedule for proceedings in the subject matter. On December 9, 2005, the parties filed a stipulation of partial dismissal, apparently resolving plaintiffs' claims, except for "FLSA claims for the time solely spent driving a Government vehicle between home and work, or claims based upon employment in positions and at agencies other than those identified above." A status report filed January 23, 2006 requested deferral of litigation of driving claims, but, since then, no further filings in the subject matter have been received by the court.

The driving time issue has been litigated in other cases. On January 7, 2008, the appellants' petition for writ of *certiorari* was denied in *Adams v. United States*, 128 S. Ct. 866 (2008). The court requires assurance that progress will be made on the resolution of plaintiffs' claims and the closing of this case.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **April 30, 2008**, and **at every ninety-day interval henceforth**, informing the court of the status of proceedings on the driving time issue as this affects plaintiffs' claims in this case, and any other issues preventing the closing of this case. Counsel are commended for progress made thus far in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge